# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00314-CV
### NO. 03-20-00315-CV

---

### D. L. G., Sr. and C. K. M., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NOS. C-17-0004-CPS & C-17-0092-DPS
### THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant D. L. G., Sr. filed his notice of appeal on June 10, 2020.  The appellate record was complete on July 8, 2020, making appellant's brief originally due on July 28, 2020.  On August 10, 2020, the Court ordered appellant's brief due on August 25, 2020.  On September 4, 2020, new counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule constrains this Court's leeway in granting extensions.  In this instance, we will grant the motion in part and order Christopher Mitchell to file appellant's brief no later than September 24, 2020.  If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on September 4, 2020.


Before Chief Justice Rose, Justices Baker and Kelly